UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 8/13/2019

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> *Defendants.* | No. 19-cv-4676 (lead) <br><br> (consolidated with Nos. 19-cv-5433, 19-cv-5435) |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEX M. AZAR II, in his official capacity as Secretary of the United States Department of Health and Human Services, *et al.*, <br><br> *Defendants.* | No. 19-cv-5433 <br><br> (consolidated with Nos. 19-cv-4676 (lead), 19-cv-5435) |
| NATIONAL FAMILY PLANNING AND REPRODUCTIVE HEALTH ASSOCIATION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEX M. AZAR II, in his official capacity as Secretary of the United States Department of Health and Human Services, *et al.*, <br><br> *Defendants.* | No. 19-cv-5435 <br><br> (consolidated with Nos. 19-cv-4676 (lead), 19-cv-5433) |

## [PROPOSED] ORDER
## GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

Adam Grogg seeks leave to withdraw as counsel for plaintiffs Planned Parenthood Federation of America, Inc., and Planned Parenthood of Northern New England, Inc., in No. 19-cv-5433. The Court concludes that the motion be granted.

8/13/19
Dated

Paul A. Engelmayer
United States District Judge