```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/6/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STATE OF NEW YORK, et al.,

                      Plaintiffs,

-v-

UNITED STATES DEPARTMENT OF HEALTH AND
HUMAN SERVICES, et al.,

                      Defendants.

19 Civ. 4676 (PAE)
19 Civ. 5433 (PAE)
19 Civ. 5435 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

Consistent with today's accompanying opinion and order, the Court hereby issues the following orders:

- In 19 Civ. 4676:
    - The Court grants plaintiffs' motion for summary judgment, Dkts. 179 and 183, and grants, *nunc pro tunc*, the motion by Scholars of the LGBT Population for leave to file an amicus brief, Dkt. 195;
    - The Court denies HHS's motion to dismiss or, in the alternative, for summary judgment, Dkt. 147, and the Defendant-Intervenors' motion for summary judgment, Dkt. 149; and
    - The Court denies as moot plaintiffs' motion for preliminary relief. Dkt. 41.
- In 19 Civ. 5433:
    - The Court grants plaintiffs' motion for summary judgment. Dkt. 74;
    - The Court denies HHS's motion to dismiss or, in the alternative, for summary judgment. Dkt. 61; and

1

- o   The Court denies as moot plaintiffs' motion for preliminary relief, Dkt. 19; the Defendant-Intervenors' motion for leave to file an over-length amicus brief, Dkt. 38; and Susan Feigin Harris's subsequently granted motion to appear *pro hac vice*, Dkt. 90.

- In 19 Civ 5435:

  - o   The Court grants plaintiffs' motion for summary judgment. Dkt. 81;

  - o   The Court denies HHS's motion to dismiss or, in the alternative, for summary judgment. Dkt. 69; and

  - o   The Court denies as moot plaintiffs' motion for preliminary relief, Dkt. 25; Defendant-Intervenors' motion for leave to file an over-length amicus brief, Dkt. 43; and Elizabeth Olmsted Gill's subsequently granted motion to appear *pro hac vice*, Dkt. 52.

The Court respectfully directs the Clerk of the Court to terminate the foregoing pending motions and close this case.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: November 6, 2019
       New York, New York