**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
STATE OF NEW YORK, et al.,
                        Plaintiff,

-against-

UNITED STATES DEPARTMENT OF HEALTH
AND HUMAN SERVICES, et al.,
                        Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/2019

19 **CIVIL** 4676 (PAE)
19 **CIVIL** 5433 (PAE)
19 **CIVIL** 5435 (PAE)

**JUDGMENT**

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 6, 2019, and consistent with today's accompanying Opinion and Order, the Court hereby issues the following orders:

- in 19 Civ. 4676:
  - The Court grants Plaintiffs' motion for summary judgment, Dkts. 179 and 183, and grants, nunc pro tunc, the motion by Scholars of the LGBT Population for leave to file an amicus brief, Dkt. 195;
  - The Court denies HHS's motion to dismiss or, in the alternative, for summary judgment, Dkt. 147, and the Defendant-Intervenors' motion for summary judgment, Dkt. 149; and
  - The Court denies as moot plaintiffs' motion for preliminary relief. Dkt. 41.

- in 19 Civ. 5433:
  - The Court grants Plaintiffs' motion for summary judgment. Dkt. 74;
  - The Court denies HHS's motion to dismiss or, in the alternative, for summary judgment, Dkt. 61; and
  - The Court denies as moot Plaintiffs' motion for preliminary relief, Dkt. 19;

the Defendant-Intervenors motion for leave to file an over-length amicus brief, Dkt. 38; and Susan Feigin Harris's subsequently granted motion to appear pro hac vice, Dkt. 90.

- in 19 Civ. 5435:

  ○ The Court grants Plaintiffs' motion for summary judgment. Dkt. 81;

  ○ The Court denies HHS's motion to dismiss or, in the alternative, for summary judgment, Dkt. 69; and

  ○ The Court denies as moot Plaintiffs' motion for preliminary relief, Dkt. 25; Defendant-Intervenors motion for leave to file an over-length amicus brief, Dkt. 43; and Elizabeth Olmsted Gill's subsequently granted motion to appear pro hac vice, Dkt. 52; accordingly, these cases are closed.

**Dated:** New York, New York
November 6, 2019

BY: **RUBY J. KRAJICK**
**Clerk of Court**

**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 11/6/2019