## [PROPOSED] ORDER
## GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

Erin Beth Harrist seeks to withdraw as counsel for plaintiffs National Family Planning and Reproductive Health Association and Public Health Solutions in No. 19-cv-5435. The Court concludes that the motion be granted.

Dated: 1/30/20

United States District Judge:

*Paul A. Engelmayer*