**MANDATE**

19-cv-4676(PAE)

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of December two thousand twenty-two,

_____

| | |
|---|---|
| State of New York, City of New York, State of Colorado, State of Connecticut, State of Delaware, District of Columbia, State of Hawaii, State of Illinois, State of Maryland, Commonwealth of Massachusetts, State of Michigan, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of Oregon, Commonwealth of Pennsylvania, State of Rhode Island, State of Vermont, Commonwealth of Virginia, State of Wisconsin, City of Chicago, Cook County, Illinois, | **ORDER**<br>Docket No. 19-4254, 20-31, 20-32, 20-41 |

        Plaintiffs-Appellees,

Planned Parenthood Federation of America, Inc., Planned Parenthood of Northern New England, Inc., National Family Planning and Reproductive Health Association, Public Health Solutions, Inc.,

        Consolidated-Plaintiffs-Appellees,

v.

United States Department of Health and Human Services, Alex M. Azar, II, in his official capacity as Secretary of the United States Department of Health and Human Services, United States of America,

        Defendants-Appellants,

Dr. Regina Frost, Christian Medical and Dental Association,

        Intervenors-Defendants-Appellants,

Roger T. Severino, in his official capacity as Director,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/21/2024_____

**MANDATE ISSUED ON 03/21/2024**

Office for Civil Rights, United States Department of Health and Human Services, and Office for Civil Rights, United States Department of Health and Human Services,

     Consolidated-Defendants-Appellants.
_____

 The parties in the above-referenced case have filed a stipulation withdrawing these appeals pursuant to Local Rule 42.1.

 The stipulation is hereby "So Ordered".

        For The Court:
        Catherine O'Hagan Wolfe,
        Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit